# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WILLIE NATHAN WILLIAMS,**

    **Plaintiff,**

**vs.**                                       **CASE NO. 4:05CV482-SPM/AK**

**L. DAVIS, et al,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff filed this complaint on December 14, 2005, alleging constitutional violations by several law enforcement officers at the Leon County Jail. (Doc. 1). Leave to proceed in forma pauperis was granted in an Order dated December 20, 2005, which was mailed to Plaintiff at a free-world address provided by the Plaintiff. (Doc. 4). The Order was returned as undeliverable, but was re-mailed to him. (See Doc. 8). Two more mail attempts were made, but the Order came back as undeliverable marked "Return to Sender." (Docs. 10 and 11). Two additional attempts were made and returned marked "Return to Sender Attempted Not Known." (Docs. 13 and 15). There

has been no contact from the Plaintiff since December 14, 2005, and the Court has no other address for him.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute.  <u>Link v. Wabash Railroad</u>, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.  Plaintiff has failed to advise the Court of his new address after he was released, and the Court has no means for communicating with him about his case.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **2nd** day of February, 2006.

          *s/ A. KORNBLUM*
          **ALLAN KORNBLUM**
          **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 4:05cv482-SPM/AK