IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE WILLIAMS,

    Plaintiff,

vs.                                                   4:05-CV-482-SPM

L. DAVIS, et. al,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 17) dated February 2, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections were filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 17) is adopted and incorporated by reference in this order.

2. This case is *dismissed* pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**DONE AND ORDERED** this fifteenth day of February, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao